No. 01–10343. DIXON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10344. ENGLISH v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 01–10345. BARBER v. WEIS MARKETS ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–10346. BARBER v. INTERNATIONAL BAR ASSN. ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–10348. AUTREY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10351. SMITH v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10352. MORO v. HOLMES, WARDEN. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 01–10353. GRAYSON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–10355. BRACON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–10359. McGHGHY v. ALBAUGH. Ct. App. Iowa. Certiorari denied.

No. 01–10360. WILLIS v. SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–10361. WILLIAMS v. KANE ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–10368. ADAMS v. HOLT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–10370. McCONE v. WOODHOUSE, ATTORNEY GENERAL OF WYOMING. C. A. 10th Cir. Certiorari denied.